IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.   CRIMINAL ACTION NO. 3:10-CR-163-SA-RP-3

STARLET KIZER   DEFENDANT

ORDER REQUIRING RESPONSE FROM FORMER COUNSEL

Now before the Court is the Defendant's *pro se* Motion to Compel [285] her former counsel to provide her with a copy of her case file.[1] According to the Defendant, she has contacted her former counsel and requested a copy of her files, but received no response.[2] Defendant's former counsel, Thomas Levidiotis, is directed to respond to the Defendant's Motion [285] by filing a response on the docket by April 12th, 2019.

It is SO ORDERED, on this the 4th day of April, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Defendant's requests for post conviction relief have been denied. *See* Judgment of USCA [190], Final Judgment Denying Motion to Vacate (2255) [197], USCA Order denying motion to file a successive 2255 [266].
[2] Defendant's counsel was relieved on August 12, 2015. *See* USCA Order [213].